**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Augustin Mercado MARTINEZ,**
**Defendant–Appellant.**

No. 03–50626.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 6, 2004.*

Decided Dec. 9, 2004.

Jolie F. Zimmerman, Esq., Beong–Soo Kim, AUSA, Los Angeles, CA, for Plaintiff–Appellee.

Law Offices of Richard D. Rome, Van Nuys, CA, for Defendant–Appellant.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: GOODWIN, WALLACE and TROTT, Circuit Judges.

MEMORANDUM **

Augustin Mercado Martinez appeals the 151–month sentence imposed following his guilty-plea conviction for conspiracy to possess with intent to distribute and to distribute methamphetamine, in violation of 21 U.S.C. § 846. We have jurisdiction pursuant to 18 U.S.C. § 3742, and we affirm.

Martinez contends that the district court erred by denying his request for a two-level downward adjustment for minor role. We disagree. The district court did not clearly err, because Martinez failed to carry his burden of proving by a preponderance of the evidence that he was "substantially less culpable than the average participant" in the offense. *See* U.S.S.G. § 3B1.2, cmt. n. 3 (2002); *United States v. Davis,* 36 F.3d 1424, 1436–37 (9th Cir. 1994).

AFFIRMED.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.